**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                         **CRIMINAL NO. 1:16CR14**
                                                **(Judge Keeley)**

**ARIC J. STUTLER,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 29), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On May 2, 2016, the defendant, Aric J. Stutler ("Stutler"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count One of the Indictment. After Stutler stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Stutler's statements during the plea hearing and the testimony of Gregory Perry, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives, the magistrate judge found that Stutler was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 29),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On May 2, 2016, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 29) finding a factual basis for the plea and recommending that this Court accept Stutler's plea of guilty to Count One of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Stutler's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Seven of the Indictment.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Stutler, and prepare a presentence report for the Court;

**USA v. STUTLER**                                                    **1:16CR14**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 29), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

2. The Government and Stutler are to provide their versions of the offense to the probation officer by **June 3, 2016**;

3. The presentence report is to be disclosed to Stutler, defense counsel, and the United States on or before **August 4, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **August 18, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **September 1, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **September 15, 2016.**

The magistrate judge remanded Stutler to the custody of the U.S. Marshal pursuant to the Detention Order (dkt. no. 18) entered on March 28, 2016.

**USA v. STUTLER**                                                              **1:16CR14**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 29), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The Court will conduct the sentencing hearing for the defendant on **Friday, September 30, 2016** at **12:15 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: May 20, 2016

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE